UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HANS GEORGE ALEXANDER

17CV3170

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

City of New York
New York City Police Dept.
P.O. Malik McCloud Shield #
& Three Unknown Police officers of the 40th Pct.

**COMPLAINT**

Do you want a jury trial?
☒ Yes    ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

2017 APR 28 PM 1:48
S.D. OF N.Y.
RECEIVED
SDNY PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
*The 4th Amendment of the Constitution To be free from unlawful Search + Seizure (shall) not be violated. SHALL Means legally mandatory*

B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, *Hans George Alexander*, is a citizen of the State of
  (Plaintiff's name)

*New York*
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __Malik Mcloud__, is a citizen of the State of
(Defendant's name)

__New York__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __City of New York__, is incorporated under the laws of the State of __New York__

and has its principal place of business in the State of __New York__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in __100 Church Street, N.Y., NY__

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Hans__ __George__ __Alexander__
First Name / Middle Initial / Last Name

__712 Union Ave__
Street Address

__Bronx__ __NY__ __10455__
County, City / State / Zip Code

__(347) 299-9946__ __hansalexander116@gmail.com__
Telephone Number / Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **City of New York**
First Name / Last Name

Current Job Title (or other identifying information)

**100 Church Street**
Current Work Address (or other address where defendant may be served)

**New York N.Y. 10007**
County, City / State / Zip Code

Defendant 2: **New York City Police Dept**
First Name / Last Name

Current Job Title (or other identifying information)

**1 Police Plaza**
Current Work Address (or other address where defendant may be served)

**New York, N.Y. 100**
County, City / State / Zip Code

Defendant 3: **Malik McCloud**
First Name / Last Name

**Police Officer # 30082**
Current Job Title (or other identifying information)

**40 pct**
Current Work Address (or other address where defendant may be served)

**Bronx N.Y. 10451**
County, City / State / Zip Code

Defendant 4: __3 UNKnown Police officers__
First Name / Last Name

Current Job Title (or other identifying information)
__40th Pct.__

Current Work Address (or other address where defendant may be served)
__Bronx          NY          10451__
County, City      State       Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: __Union Ave Between 155 & 156th St__

Date(s) of occurrence: __Sept 2, 2016 at 9:50 PM__

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On September 2, 2016 at 9:50 pm I was returning from the store and called a person I owed two dollars to come downstairs and get it, I dropped the two dollars and Police officer Malik McCloud + 3 Unknown officers from the 40th precient in the Bronx jumped out of a van, stopped me, put their hands in my pockets, arrested me without probable cause across the street from my house 712 Union Ave, committed perjury offered a false instrument for filing

violated my ~~pull~~ 4th Amendments Rights to the USA constitution, New York state constitution, New York City charter, chapter 18 section § 935, New York state criminal procedure Law §140-10 & fraud. False Arrest, unlawful imprisonment, Malisieous Prosecution. By saying he saw 3 bags of crack in My left Pocket at 9:50 pm is a complete falsehood unless he is superman....

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Being arrested for Nothing across the street from my house and I am a law student at New York University. I have a 96.6. Average

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Ten Million Dollars. ~~for~~ have to Defend this ~~fraudulent~~ case. $10,000.000

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 4-19-17

Plaintiff's Signature: Hans Alexander

First Name: Hans
Middle Initial: G
Last Name: Alexander

Street Address: 712 Union Ave

County/City: Bronx
State: N.Y.
Zip Code: 10455

Telephone Number: (347) 323-1287 / (347) 299-9966

Email Address (if available): hansalexander116@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



CRIMINAL COURT OF THE CITY OF NEW YORK
BRONX COUNTY

THE PEOPLE OF THE STATE OF NEW YORK

v.

1. HANS ALEXANDER M/54
   Arrest# B16649960

                                    Defendant

STATE OF NEW YORK

COUNTY OF THE BRONX

SGT CHARLES DAVIS of CJB, Shield# 3566, states that on or about September 2, 2016 at approximately 9:50 PM at the corner of EAST 156TH STREET and UNION AVENUE, County of the Bronx, State of New York,

THE DEFENDANT COMMITTED THE OFFENSE OF:
1 (M) P.L. 220.03          Criminal possession of a controlled
                           substance in the seventh degree DQO

IN THAT THE DEFENDANT DID: knowingly and unlawfully possesses a controlled substance.

THE GROUNDS FOR THE DEPONENT'S BELIEF ARE AS FOLLOWS:

Deponent states, upon information and belief, the source of which is the supporting deposition being filed with this instrument by PO MALIK MCCLOUD Shield# 30082 of the 40 PCT that at the above time and place informant observed the defendant to have on his person, in his left pants pocket three (3) ziplock bags containing a white rock-like substance alleged to be crack/cocaine.

Informant believes the aforementioned substance to be as indicated above based on informant's training and experience, which includes training in the recognition of CONTROLLED SUBSTANCES and MARIJUANA (a dried green leafy substance with a distinctive odor) as well as their packaging and PRESCRIBED CONTROLLED SUBSTANCES based on the label on the container.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45

09/13/2016 (11:14)                    _JA R_____
DATE and TIME                            SIGNATURE



002459376



2016BX047845

CRIMINAL COURT OF THE CITY OF NEW YORK
BRONX COUNTY

THE PEOPLE OF THE STATE OF NEW YORK

v.

1. HANS ALEXANDER M/54
   Arrest# B16649960

STATE OF NEW YORK

COUNTY OF THE BRONX

Defendant

SGT CHARLES DAVIS of CJB, Shield# 3566, states that on or about September 2, 2016 at approximately 9:50 PM at the corner of EAST 156TH STREET and UNION AVENUE, County of the Bronx, State of New York,

THE DEFENDANT COMMITTED THE OFFENSE OF:
1 (M) P.L. 220.03   Criminal possession of a controlled substance in the seventh degree DQO

IN THAT THE DEFENDANT DID: knowingly and unlawfully possesses a controlled substance.

THE GROUNDS FOR THE DEPONENT'S BELIEF ARE AS FOLLOWS:

Deponent states, upon information and belief, the source of which is the supporting deposition being filed with this instrument by PO MALIK MCCLOUD Shield# 30082 of the 40 PCT that at the above time and place informant observed the defendant to have on his person, in his left pants pocket three (3) ziplock bags containing a white rock-like substance alleged to be crack/cocaine.

Informant believes the aforementioned substance to be as indicated above based on informant's training and experience, which includes training in the recognition of CONTROLLED SUBSTANCES and MARIJUANA (a dried green leafy substance with a distinctive odor) as well as their packaging and PRESCRIBED CONTROLLED SUBSTANCES based on the label on the container.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE
AS A CLASS A MISDEMEANOR PURSUANT TO P.L. 210.45

2:16   789



# POLICE DEPARTMENT OF THE CITY OF NEW YORK
## Desk Appearance Ticket

Precinct of Arrest  040     DAT Serial No  040 12876     OLBS Arrest-ID  B13649960

The People of the State of New York VS

Defendant Name: ALEXANDER HANS
Defendant Address: 712 UNION AVENUE, BRONX, NY
Age: 54 yrs
Date of Birth: 07/17/1962

You are hereby summoned to appear in the Criminal Court of the City of New York to answer a criminal charge made against you.

Top Offense Charged  PL 220.03
County: Bronx
Arraign/Part: DAT
Time: 09:30 AM
Date: 11/15/2016
At LOC: 215 East 161 Street, Bronx, NY 10451

**Instructions for Defendant**

You must appear at the time and date indicated above, and present this form to the court clerk.

FAILURE TO APPEAR WILL RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.

Should you fail to appear for the offense charged above, in addition to a warrant being issued for your arrest, you may be charged with additional violations of the penal law which upon conviction may subject you to a fine, imprisonment or both. Additionally, if you fail to comply with the directions of this Desk Appearance Ticket, any bail paid will be subject to forfieture.

Additional Instructions: BRING PROPER ID

Stamped/written over: ACCEPTED FOR VALUE EXEMPT FROM LEVY / DEPOSIT TO US TREASURY / CHARGE THE SAME TO / Hans G. Alexander / 9-27-1048-1048 / CHARGE SSN

**Acknowledgement of Defendant:**

I, the undersigned, do hereby acknowledge receipt of the above Desk Appearance Ticket, personally served upon me, and do agree to appear as indicated.

Defendant Signature: WITHOUT prejudice  Hans Alexander
Time: 1:05 AM
Date: 9/3/16

Photographed by: _____
Time: _____
Date: ___/___/___

FingerPrinted?: ___

Arresting Officer: MCCLOUD, MALIK  Shield: --
Rank: POM
Tax Reg.: 954114

Squad: 40TH PRECINCT     Command: 040     Agency: NYPD

Address of Agency if not NYPD: _____

Was cash bail accepted?: ___  MONEY ORDER   Amount $ 250,000   9/28/16

Signature Issuing Officer: Po McCloud   Date: 9/3/16
Signature Desk Officer: [signature]

Pay To: United States Treasury
Two Hundred Fifty Thousand dollars
By: Hans G. Alexander
Authorized Representative

Scanned by CamScanner

