```
UNITED STATES DISTRICT COURT            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK           DOCUMENT
------------------------------------X   ELECTRONICALLY FILED
                                    :   DOC #:_____
HANS G. ALEXANDER,                  :   DATE FILED: 11/19/2019
                    Plaintiff,      :
                                    :   17 Civ. 3170 (LGS)
          -against-                 :
                                    :   ORDER
CITY OF NEW YORK, et al.,           :
                    Defendants.     :
                                    :
------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 14, 2019, Britney Alexander, daughter of deceased Plaintiff and intervenor from the Estate of Hans Alexander, filed an application to request *pro bono* counsel (Dkt. No. 95). It is hereby

**ORDERED** that the Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Ms. Alexander at a settlement conference to be conducted before Magistrate Judge Freeman. A referral order will issue separately. It is further

**ORDERED** that if Ms. Alexander objects to this grant of *pro bono* counsel, Ms. Alexander must file an objection within **14 days** of the date of this order. In the event Ms. Alexander files such an objection, this grant for *pro bono* counsel is vacated. Once counsel has filed a Notice of Limited Appearance of Pro Bono Counsel, the Court will set a date for the settlement conference. If the parties are unable to resolve the dispute through settlement discussions, the Court will consider appointing *pro bono* counsel for trial. It is further

**ORDERED** that Ms. Alexander's application for *pro bono* counsel is construed as a motion for substitution as the real party of interest in the case, which is GRANTED.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Alexander at 237 Walnut Street, Columbia, PA 17512, and to substitute Britney Alexander on behalf of the Estate of Hans Alexander, 237 Walnut Street, Columbia, PA 17512, as the Plaintiff.

Dated: November 19, 2019
      New York, New York

                                            **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**