```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BRITNEY ALEXANDER as representative of                      :
HANS ALEXANDER,                                             :
                                      Plaintiff,            :      17 Civ. 3170 (LGS)
                                                            :
                -against-                                   :      ORDER
                                                            :
CITY OF NEW YORK, et al.,                                   :
                                      Defendants.           :
                                                            X
------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 3, 2019, a Notice of Limited Scope Appearance of Pro Bono Counsel was filed on ECF (Dkt. No. 102). It is hereby

**ORDERED** that the parties are directed to meet and confer on the subject of settlement by **January 6, 2020**, and shall file a joint letter on the status of settlement by **January 7, 2020**.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Alexander at 237 Walnut Street, Columbia, PA 17512.

Dated: December 6, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**