UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRITNEY ALEXANDER as representative of
HANS ALEXANDER,

                              Plaintiff,

                   -against-

CITY OF NEW YORK, et al.,

                            Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2020

17 Civ. 3170 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 9, 2020, a scheduling order was issued (Dkt. No. 113), requiring the parties to submit a joint status letter by February 10, 2020, regarding their positions on whether the case should proceed to trial, after their review of *Cabral v. City of New York, et al.,* 12 Civ. 4659 (LGS);

WHEREAS, on February 10, 2020, no letter was filed. It is hereby

**ORDERED** that the parties shall file the joint letter by **February 17, 2020**. The parties are reminded that failure to comply with Court-ordered deadlines may result in sanctions or prejudice.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Alexander at 237 Walnut Street, Columbia, PA 17512.

Dated: February 12, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**