

|  | **THE CITY OF NEW YORK** |  |
|---|---|---|
| **JAMES E. JOHNSON** | **LAW DEPARTMENT** | **MARYBETH ALLEN** |
| *Corporation Counsel* | 100 CHURCH STREET | *Senior Counsel* |
|  | NEW YORK, NY 10007 | Phone: (212) 356-2662 |
|  |  | Fax: (212) 356-3509 |
|  |  | mallenk@law.nyc.gov |

March 18, 2020

**BY ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: <u>Britney Alexander, *as representative of Hans Alexander* v. Police Officer Malik McCloud, et al.</u>, 17 CV 3170 (LGS) (DCF)

Your Honor:

     I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to defend Police Officer Malik McCloud, Sergeant John Ferrara, Police Officer Randy Henriquez, and Police Officer Michael Nesto in the instant matter. Defendants write to inform the Court that the parties have reached a settlement in principle of all claims in this action, with the assistance of Magistrate Judge, the Honorable Debra Freeman. Defendants therefore respectfully request adjournments, *sine die*, of all outstanding deadlines and appearances, including the trial scheduled to commence on May 4, 2019. Defendants will prepare the necessary settlement paperwork and provide it to Plaintiff's counsel. We will file the Stipulation of Dismissal for Your Honor's review and endorsement, upon its execution by the parties.

     Defendants thank the Court for its consideration herein.

                                                                 Respectfully submitted,

                                                                  *MaryBeth Allen /s*
                                                                  MaryBeth Allen
                                                                  Senior Counsel
                                                                  Special Federal Litigation Division

cc:    Philip Barber, Esq. (By ECF)
         New York Legal Assistance Group
         7 Hanover Square, 18th Floor
         New York, New York 10004