```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------X  ELECTRONICALLY FILED
                                              :    DOC #:_____
BRITNEY ALEXANDER as representative of        :    DATE FILED: 3/19/2020
HANS ALEXANDER,                               :
                            Plaintiff,        :    17 Civ. 3170 (LGS)
                                              :
             -against-                        :    ORDER
                                              :
CITY OF NEW YORK, et al.,                     :
                            Defendants.       :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Alexander at 237 Walnut Street, Columbia, PA 17512.

Dated: March 19, 2020
       New York, New York

_____
      LORNA G. SCHOFIELD
      UNITED STATES DISTRICT JUDGE