```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
-------------------------------------------------------------X  ELECTRONICALLY FILED
                                                :               DOC #:_____
BRITNEY ALEXANDER as representative of          :               DATE FILED: 3/20/2020
HANS ALEXANDER,                                 :
                                    Plaintiff,  :               17 Civ. 3170 (LGS)
                                                :
              -against-                         :               ORDER
                                                :
CITY OF NEW YORK, et al.,                       :
                                  Defendants.   :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant City of New York is respectfully directed to mail a copy of the order at Docket No. 118 to Ms. Alexander at 237 Walnut Street, Columbia, PA 17512.

Dated: March 20, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**